```
1  DIANA L. WEISS (SBN 121150)
   Law Office of Diana L. Weiss
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   T: (510) 847-1012
4  F: (510) 525-1321

5  Attorney for Defendant:
   SUZANNE PASMAN
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR06-0392-MEJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION OF PARTIES TO CONTINUE SENTENCING HEARING**; |
| vs. | ) | ~~**(PROPOSED)**~~ **ORDER** |
| SUZANNE PASMAN | ) | |
| Defendants. | ) | |

  Diana L. Weiss, attorney for defendant SUZANNE PASMAN, and AUSA Derek R. Owens, on behalf of the United States, do hereby stipulate:

  1. That on June 1, 2006, pursuant to a written plea agreement, defendant Pasman entered a plea of guilty to one count of driving under the influence of alcohol or drugs ( 36 CFR 1004.23(a)(1) and one count of failure to maintain control of a moor vehicle in violation of 36 CFR 1004.22(b)(3);

  2. Ms. Pasman is presently scheduled to be sentenced on August 8, 21006.

  3. On June 22, 2006, Ms. Pasman was interviewed by Probation Officer Lynne Richards, the officer assigned to prepare the Presentence Report.

  4. Based on the schedules of counsel and the probation officer, the statutory disclosure dates cannot be met under the current schedule.

STIPULATION & (PROPOSED) ORDER
CR06-0392-MEJ

5. The parties agree and Stipulate to continue the sentencing hearing presently scheduled for August 3, 2006 until September 14, 2006 to allow for adequate time to conduct the necessary investigation, as well as comply with the statutory disclosure dates.

SO STIPULATED:

Dated:   July 21, 2006                              _____/S/_____
                                                    DIANA L. WEISS
                                                    Attorney for Defendant
                                                    SUZANNE PASMAN



Dated: July 21, 2006                                _____/S/_____
                                                    DEREK R. OWENS
                                                    Special Assistant United States Attorney

STIPULATION & (PROPOSED) ORDER
CR06-0392-MEJ

1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )    No.  CR06-0392-MEJ
                                      )
12           Plaintiff,                )    ~~(PROPOSED)~~ ORDER CONTINUING
                                      )    SENTENCING HEARING TO
13           vs.                       )    SEPTEMBER 14, 2006
                                      )
14  SUZANNE PASMAN                    )
                                      )
15           Defendants.               )
   _____)
16
17       WHEREFORE GOOD CAUSE APPEARING, AND UPON THE STIPULATION OF THE
18  PARTIES, IT IS HEREBY ORDERED THAT the Hearing date presently scheduled for August 3, 2006
19  is continued to September 14, 2006 at 10:00 a.m.
20       SO ORDERED.
21
22
23
24  DATED: August 1, 2006              _____
                                       Hon. MARIA ELENA JAMES
25                                     United States Magistrate Judge
26
27
28

STIPULATION & (PROPOSED) ORDER
CR06-0392-MEJ